# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2492
_____

JOSEPH L. MCDANIELS,

    Appellant,

v.

MARGARET A. MCDANIELS,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

August 30, 2019

PER CURIAM.

    DISMISSED.

ROBERTS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph L. McDaniels, pro se, Appellant.

No appearance for Appellee.